**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jacquelyn Gia Zampogna– Fisher | Social Security number or ITIN   xxx–xx–4788 |
| | First Name    Middle Name    Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____ |
| | | EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 23–22480–CMB | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jacquelyn Gia Zampogna– Fisher
fka Jacquelyn Gia Hughes

<u>4/3/24</u>                                                       **By the court:**  <u>Carlota M Bohm</u>
                                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 23-22480-CMB
Jacquelyn Gia Zampogna- Fisher  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 3
Date Rcvd: Apr 03, 2024      Form ID: 318      Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacquelyn Gia Zampogna- Fisher, 507 Beech Street, Jeannette, PA 15644-2308 |
| 15658323 | + | Blue Ridge Bank, C/O Judy C. Gavant, Pres. & CFO, 17 West Main Street, Luray, VA 22835-1230 |
| 15658327 | + | Eric G. Olshan, United States Attorney, Western District of Pennsylvania, Joseph F. Weis, Jr. U.S. Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 15658328 | ++ | FISHBACK FINANCIAL CORPORATION, PO BOX 5057, BROOKINGS SD 57006-5057 address filed with court:, First Bank & Trust, C/O Kevin Tetzlaff, Pres. & CEO, 520 6th Street, Brookings, SD 57006 |
| 15658334 | + | Goldman Sachs Bank USA, Salt Lake City Branch, C/O John E. Waldron, Pres. & CEO, 111 South Main Street, Salt Lake City, UT 84111-2176 |
| 15658340 | | PNC Bank, N.A., C/O William S. Demchak, Pres. & CEO, The PNC Financial Services Group, One PNC Plaza, 249 Fifth Avenue, Pittsburgh, PA 15222 |
| 15658353 | | Vanguard, 100 Vanguard Blvd., Malvern, PA 19355-2331 |
| 15658354 | | Vanguard, P.O. Box 982903, El Paso, TX 79998-2903 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 04 2024 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 04 2024 04:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2024 00:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15658317 | + | EDI: TSYS2 | Apr 04 2024 04:08:00 | Barclays Bank Delaware, ATTN: Bankruptcy Department, P.O. Box 8833, Wilmington, DE 19899-8833 |
| 15658320 | + | EDI: TSYS2 | Apr 04 2024 04:08:00 | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15658318 | + | EDI: TSYS2 | Apr 04 2024 04:08:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West Street, Wilmington, DE 19801-5014 |
| 15658319 | + | EDI: TSYS2 | Apr 04 2024 04:08:00 | Barclays Bank Delaware, C/O Paul Compton, Pres., 125 South West Street, Wilmington, DE 19801-5014 |
| 15658321 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 04 2024 00:25:26 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 15658322 | + | Email/PDF: MarletteBKNotifications@resurgent.com | | |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Apr 04 2024 00:25:26 | Best Egg, 3419 Silverside Road, Wilmington, DE 19810-4801 |
| 15658326 | Email/Text: skeller@crossriver.com | Apr 04 2024 00:13:00 | Cross River Bank, C/O Gilles Gade, Pres. & CEO, 400 Kelby Street, 14th Floor, Fort Lee, NJ 07024 |
| 15658324 | + EDI: CAPITALONE.COM | Apr 04 2024 04:08:00 | Capital One Bank USA, N.A., C/O Capital One Financial Corp., Attn Richard D. Fairbank, Chairman & CEO, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 15658325 | + EDI: CAPITALONE.COM | Apr 04 2024 04:08:00 | Capital One/WalMart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15658329 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 04 2024 00:13:00 | First National Bank of Pennsylvania, Attn: Legal Dept, 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 15658330 | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 04 2024 00:13:00 | First National Bank of Pennsylvania, C/O Vincent J. Delie, Jr., One North Shore Center, Pittsburgh, PA 15212 |
| 15658331 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 04 2024 00:13:00 | Goldman Sachs Bank, C/O John E. Waldron, Pres. & CEO, 200 West Street, New York, NY 10282-2198 |
| 15658332 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 04 2024 00:13:00 | Goldman Sachs Bank, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-6112 |
| 15658333 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 04 2024 00:13:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 15658335 | EDI: IRS.COM | Apr 04 2024 04:08:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15658336 | + EDI: LENDNGCLUB | Apr 04 2024 04:08:00 | Lending Club Bank, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15658337 | + EDI: LENDNGCLUB | Apr 04 2024 04:08:00 | Lending Club Bank, C/O Scott Sanborn, CEO/Pres., 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15658339 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2024 00:13:00 | PNC Bank, P.O. Box 8807, Dayton, OH 45401-8807 |
| 15658338 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2024 00:13:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 15658342 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 04 2024 00:25:30 | Secretary of Housing and Urban, Development, Attn: Single Family Notes Branch, 451 Seventh Street SW, Washington, DC 20410-0001 |
| 15658341 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 04 2024 00:25:30 | Secretary of Housing and Urban, Development, 451 Seventh Street SW, Washington, DC 20410-0001 |
| 15658343 | EDI: SYNC | Apr 04 2024 04:08:00 | Synchrony Bank, C/O Brian Doubles, Pres. & CEO, 170 West S. Election Road, Draper, UT 84020 |
| 15658344 | + EDI: SYNC | Apr 04 2024 04:08:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15658345 | + EDI: SYNC | Apr 04 2024 04:08:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15658346 | + EDI: SYNC | Apr 04 2024 04:08:00 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15658347 | + EDI: SYNC | Apr 04 2024 04:08:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15658350 | + Email/Text: bankruptcy@huntington.com | Apr 04 2024 00:13:00 | The Huntington National Bank, C/O Stephen D. Steinour, Chairman, Pres., and CEO, 17 S High Street, Columbus, OH 43215-3413 |
| 15658349 | + Email/Text: bankruptcy@huntington.com | Apr 04 2024 00:13:00 | The Huntington National Bank, Attn: Bankruptcy, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15658348 | | Email/Text: bankruptcy@huntington.com | Apr 04 2024 00:13:00 | The Huntington National Bank, 41 S High Street, Columbus, OH 43215-3406 |
| | | | | The Huntington National Bank, P.O. Box 2059, Columbus, OH 43216-2059 |
| 15658351 | | EDI: USBANKARS.COM | Apr 04 2024 04:08:00 | U.S. Bank, C/O Amdy Cecere, Pres. & CEO, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 15658352 | + | EDI: USBANKARS.COM | Apr 04 2024 04:08:00 | US Bank/RMS, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 05, 2024          Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2024 at the address(es) listed below:

**Name** — **Email Address**

Charles O. Zebley, Jr.
on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com

Charles O. Zebley, Jr.
COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com

Daniel J. Boger
on behalf of Debtor Jacquelyn Gia Zampogna- Fisher dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com

Denise Carlon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

TOTAL: 5